# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| GERALD McCAFFEE, | ) CV 10-04301-ODW (SH) |
| Petitioner, | ) ORDER OF DISMISSAL |
| v | ) |
| ANTHONY HEDGPETH, WARDEN, | ) |
| Respondent. | ) |

Pursuant to petitioner's Request for Voluntary Dismissal, filed on February 18, 2011, the action is hereby dismissed without prejudice.

DATED: 2/24/11

OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

DATED: February 23, 2011

STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE

1